1  JAMES P. WATSON (SBN 046127)
   ANNE BEVINGTON (SBN 111320)
2  EDWARD MEVI (SBN 53007)
   STANTON, KAY & WATSON, LLP
3  101 New Montgomery, Fifth Floor
   San Francisco, CA 94105
4  Telephone: (415) 512-3501
   Facsimile: (415) 512-3515
5  E-Mail: jamesw@skwsf.com

6  Attorneys for Plaintiffs
   JPI CALIFORNIA
7  CONSTRUCTION SERVICES, L.P.

8
                        UNITED STATES DISTRICT COURT
9                       EASTERN DISTRICT OF CALIFORNIA
                               (FRESNO BRANCH)
10

11 JPI CALIFORNIA CONSTRUCTION              Case No. 1:06-cv-01380 AWI DLB
   SERVICES, L.P.,
12                                          REPORT OF DEFENDANT'S DEFAULT
                  Plaintiff,                IN LIEU OF JOINT SCHEDULING
13                                          CONFERENCE REPORT;
   v.                                       (PROPOSED) ORDER
14
   HUFFINE ELECTRIC COMPANY and             DATE:   JANUARY 29, 2007
15 HEC GROUP, INC., individually            TIME:   9:00 A.M.
   and doing business as                    CRTRM:  9
16 HUFFINE ELECTRIC COMPANY,
                                            JUDGE:  Magistrate Dennis L. Beck
17                Defendants.

18

19

20       This action was filed on October 4, 2006. Defendants HEC GROUP, INC., a

21 Tennessee Corporation individually and HEC GROUP, INC., dba HUFFINE ELECTRIC

22 COMPANY were served, and default was entered on December 29, 2006. Plaintiff intends to

23 file a motion for default judgment, and requests that the Court either vacate the Scheduling

24 Conference currently set for January 29, 2007, or continue it for a period of approximately

25 90 days.

26 ///

27 ///

28
                                          -1-

| | |
|---|---|
| DATED:  January 22, 2007. | STANTON, KAY & WATSON, LLP |
| | By: _____*/s/ Anne Bevington*_____ |
| | ANNE BEVINGTON |
| | Attorneys for Plaintiff |
| | JPI CALIFORNIA |
| | CONSTRUCTION SERVICES, L.P. |

---

## ORDER

The Court having read and considered the foregoing report,

IT IS HEREBY ORDERED that the Scheduling Conference now set for January 29, 2007, at 9:00 a.m., in Courtroom 9, is continued to April 30, 2007 at 9:00 a.m.

DATED: January 23, 2007

        /s/ *Dennis L. Beck*
HON. DENNIS L. BECK
UNITED STATES MAGISTRATE JUDGE

F:\CASES\3000\3137.6 huffine\pleadings\Scheduling Conference Report.doc

-2-
REPORT OF DEFENDANT'S DEFAULT IN LIEU OF JOINT SCHEDULING
CONFERENCE REPORT; (PROPOSED) ORDER      Case No. 1:06-cv-01380 AWI-DLB