IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPI CALIFORNIA CONSTRUCTION SERVICES, L.P., <br><br>            Plaintiffs, <br><br> vs. <br><br> HUFFINE ELECTRIC COMPANY and HEC GROUP, INC., individually, and doing business as HUFFINE ELECTRIC COMPANY <br>            Defendants. | CASE NO. CV-F-06-1380- LJO-DLB <br><br> **ORDER CONTINUING APRIL 30, 2007 STATUS CONFERENCE TO JUNE 13, 2007** <br><br> Scheduling Conference <br> Date:   June 13, 2007 <br> Time:   8:30am <br> Courtroom: 4 (LJO) |

   Having read and reviewed Plaintiff's Scheduling Conference Report and (Proposed) Order, filed on April 23, 2007, **this Court finds good cause to CONTINUE the scheduling conference currently set for April 30, 2007 at 8:30 a.m to June 13, 2007 at 8:30 a.m. in Courtroom 4 (LJO)**. The parties may appear telephonically by arranging a one-line call and dialing (559) 499-5680. A Joint Scheduling Conference Report is due no later than June 6, 2007.

IT IS SO ORDERED.

**Dated:   April 26, 2007**            /s/ Lawrence J. O'Neill
                                UNITED STATES DISTRICT JUDGE

1