# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPI CALIFORNIA CONSTRUCTION SERVICES, L.P., <br><br> Plaintiff, <br><br> v. <br><br> HEC GROUP, INC., individually and dba HUFFINE ELECTRIC COMPANY, et al., <br><br> Defendants. | 1:06cv1380 LJO DLB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATION <br> (Document 28) <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT <br> (Document 18) |

On June 2, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's motion for default judgment be granted. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. No objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued June 2, 2007, is ADOPTED IN FULL;

2. Plaintiff's motion for default judgment is GRANTED;

1

3. Plaintiff be AWARDED monetary damages in the amount of $408,334.01, as well as $21,480.96 in interest thereon from October 4, 2006, through May 15, 2007, with additional interest at the rate of $111.88 per day until the entry of judgment;

4. Plaintiff be AWARDED reasonable attorneys fees in the amount of $5,925.00; and

5. Plaintiff be AWARDED costs in the amount of $370.69.

This Court further DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **July 23, 2007**                                     /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE